**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000732
13-OCT-2025
08:11 AM
Dkt. 85 OAWST**

NO. CAAP-23-0000732


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


GERALDYNE F. ALEXANDER and JEFFREY W. HUEBOTTER,
Plaintiffs-Appellees,
DUSTIN L. DIPERSIA; REBECCA WUAMETT fka REBECCA E. DIPERSIA;
VALERIE D. GIACOMINI; RYAN P. GOODREAU; ANNAMARIE D. GOODREAU,
SYED KHALID; LUDMILA A. KHALID; and SHAUNA E. MORRISON,
Plaintiffs-Appellants,
v.
BANK OF AMERICA, N.A, RONALD LOPEZ; AUDREY LOPEZ,
FIRST HAWAIIAN BANK, ROGER W. SMITH; MARY KATHLEEN SMITH, JUSTIN
P. LEMIRE; CARMEN A. HUNEYCUTT; WELLS FARGO BANK, N.A.; NATALIE
COLOME; PENNYMAC LOAN SERVICES, LLC,
Defendants-Appellees,
and
DOE DEFENDANTS 1-50, Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2CC191000233)


ORDER APPROVING STIPULATION TO DISMISS APPEAL WITH PREJUDICE
(By: Nakasone, Chief Judge, Wadsworth and McCullen, JJ.)

Upon consideration of the "Stipulation for Dismissal
with Prejudice of Appeal" (**Stipulation**), filed on October 7,
2025, and the record, it appears that (1) the appeal has been
docketed and the filing fees have been paid; (2) pursuant to
Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties

stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs associated with this appeal; and (3) the Stipulation has been signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs in this appeal.

DATED: Honolulu, Hawaiʻi, October 13, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge